No. 05–7137.  GARCIA BUSTAMANTE v. EVANS, ACTING WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–7145.  COOPER v. LEWIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7147.  VORA v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 05–7152.  SLACK v. McDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–7166.  LaSURE v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–7171.  DEMONBREUN v. BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–7177.  MONTGOMERY v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT.  Sup. Ct. Cal.  Certiorari denied.

No. 05–7180.  NANCE v. PLEASANT VALLEY STATE PRISON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–7183.  RIVERA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–7185.  JACKSON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 05–7186.  LOPEZ-SANCHEZ v. MARYLAND ET AL.  Ct. App. Md.  Certiorari denied.

No. 05–7197.  KALASHO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 05–7198.  WELLS v. SOUTH CAROLINA ET AL.  Sup. Ct. S. C.  Certiorari denied.